UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------ x
GERTRUDE ANDERSON; WENDY BURKES; :
MINLA MASSIE; ELLA MCELLROY; ERIKA :
RICHARDSON, :
　　　　　　　　　　　　　　　　　　 :
　　　Plaintiffs :
v. :
　　　　　　　　　　　　　　　　　　 :　Civil Action
INDEVUS PHARMACEUTICALS, INC., F/K/A :　No. 04-11038-GAO
INTERNEURON PHARMACEUTICALS, INC.; :
WYETH, INC., F/K/A AMERICAN HOME :
PRODUCTS CORPORATION; WYETH :
PHARMACEUTICALS, INC F/K/A WYETH- :
AYERST PHARMACEUTICALS, INC., A :
DIVISION OF AMERICAN HOME PRODUCTS :
CORPORATION; AND BOEHRINGER :
INGELHEIM PHARMACEUTICALS, INC., :
　　　　　　　　　　　　　　　　　　 :
　　　Defendants :
------------------------------------ x

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

　　　Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

Dated:  June 25, 2004    Respectfully submitted,
  Boston, Massachusetts

                /s/Matthew J. Matule
                Matthew J. Matule (BBO #632075)
                SKADDEN, ARPS, SLATE,
Of Counsel:             MEAGHER & FLOM LLP
Barbara Wrubel          One Beacon Street
Katherine Armstrong        Boston, Massachusetts 02108
SKADDEN, ARPS, SLATE,      (617) 573-4800
 MEAGHER & FLOM LLP
Four Times Square
New York, NY 10036
(212) 735-3000          Counsel for Defendant
                Boehringer Ingelheim Pharmaceuticals, Inc.